Case 3:22-cr-00023-RDM   Document 24   Filed 08/22/22   Page 1 of 4

FILED
SCRANTON
AUG 22 2022
PER _____/s/_____
        DEPUTY CLERK

22-CR-23

7/6/22

Honorable Judge,

I'm writing this letter in hopes of giving you a better picture of the man appearing before you instead of you having to build one out of a stack of papers on your desk. If I fall short in providing one, I can only ask your forgiveness. I'm 30 years old and this is my first time in jail and all new to me. I never thought when I began using drugs that trying to support a growing habbit would lead to this. I let the pressures of a positive lifestyle lead me on a dark path. I began with alcohol and marijuanna and more recently leading to harder drugs. The more I used, the more I figured I had it under control, as most people do. I now see I was wrong. I understand and accept responsability for my wrong decissions and short commings. Overall sir I'm a good person, a father, brother, son and provider. I've had a passion for music since I was a child and when I was able to make it as a recording artist I promised myself that I would pay it forward as much as possible. Providing oppertunity for others as it was for me. Especially the youth. I used my blessings to provide school supplies as well as opening a game store giving them an outlet to be able to expand there minds and lives beyond the streets. I helped to provide food for the homeless and oppertunitys where possible. As a music artist outreach has become a large part of my life. Due to having younger siblings both with

SEVERE MEDICAL ISSUES IT FELT LIKE AN OBLIGATION THAT MADE ME HAPPY. I GOT THE HONOR OF BEING PROTECTIVE AND PROVIDING FROM MY FATHER HE WAS AN OFFICER OF THE LAW UNTILL HIS PASSING. I WOULD GUESS THAT BEING THE REASON OF ME NOT GETTING INVOLVED WITH THE WRONG PEOPLE UNTILL LATE IN LIFE. BOTH OF MY PARENTS WHER A BLESSING IN MY LIFE AND AFTER MY FATHER PAST ON, I WATCHED MY MOTHER AS A SINGLE PARENT SACRIFICE AND NEGLECT HERSELF FOR ME AND ESPECIALLY MY SIBLING. I HAVE A BROTHER DIAGNOSED WITH AUTISUM AT AN EARLY AGE, AND A SISTER WITH HEART ISSUES WHO IS IN THE HOSPITAL AS I WRITE THIS, WITH COMPLICATIONS. SHE'S BECOME MY HERO AND WATCHING HER HAS LED ME TO BE A STAND UP PERSON, SHE'S BEEN DEALING WITH CANCER FOR YEARS ON END HAVING 13 TUMORS REMOVED THAT CONSTANTLEY RETURN CAUSING ISSUES. AS I SIT HERE WRITING YOU I REALIZED HOW SHORT IVE FALLEN AS A PROVIDER AND PROTECTOR BY BEING HERE. I AM TORMENTED AT THE THOUGHT OF MY OTHER HALF AT HOME GOING THREW AND FEELING SOMEWHAT HOW MY MOTHER DID AT ONE TIME. EXCEPT I'M ALIVE AND STILL HAVE A CHANCE TO RETURN AS A FATHER, HUSBAND AND SON AND PRODUCTIVE MEMBER OF SOCIETY. I HAVE 2 BEAUTYFUL CHILDREN A 7 YEAR OLD SON AS WELL AS AN 11 YEAR OLD DAUGHTER WHO IS DEFFENITLY DADDYS GIRL.

7/6/22

Your Honor I do realize the severity of this situation. I also understand that the only way to get this behind me as one of the most seriouse learning experiences life has had to offer is with your mercy, guidence and consideration. I'm not a bad person and throw myself on the mercy of you and your courtroom. I have so much going for myself and have allowed using drugs to almost destroy that. I ask you for help and to please take notice of this as we begin our interaction. In hopes that you actually get a chance to in your busy schedual read my letter. I can only hope I've provided you with a personal and broader picture of the man standing before you.

    Honorable Sir I thank you for your time and attention to my letter and I look forward to getting this behind me so that I can return to being the person that my family needs me to be, especially at this moment.

                                       Respectfully Writtin

CC1: Honorable Judge Mariani
CC2: Evan T.L. Hughes ESQ.



LEHIGH VALLEY PA 180
3 AUG 2022 PM 4 L



Name: James Redruez Jr.
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

ATT: Honorable Judge Robert D. Mariani,
William J. Nealon Federal Building
235 North Washington Ave
Scranton, Pa. 18503

18503-151299

CONTENTS MAILED FROM
CORRECTIONAL FACILITY