JAMES RODRIGUEZ, JR. - 2022-00153
LACKAWANNA COUNTY PRISON
1371 N. Washington Avenue
Scranton, PA 18509

FILED
SCRANTON
SEP 03 2024
PER___DJ___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Hon. District Judge Robert D. Mariani
235 N. Washington Avenue
Scranton, PA 18501

August 26, 2024

Re: United States v. Rodriguez, Jr., 22-cr-00023
    Request for Extension / Continuance For
    Attorney to Submit Reply

Dear District Judge Mariani:

    I am writing to request an extension or continuance so my attorney William Watt can submit a Reply brief on my behalf to the prosecutor's Brief in opposition.

    I believe from the rules concerning motions the reply must be submitted within 14 days. I sent numerous messages through my family to my attorney but have not heard from my attorney or talked to my attorney on the issues involved. There appears to be a communication problem.

    I do not want to miss having the Reply brief submitted on my behalf. Can you please grant my attorney an extension to submit my Reply brief and have my attorney contact me. Thank you your honor.

    James Rodriguez, Jr.-2022-00153
    *James Rodriguez* (signature)
    Lackawanna County Prison

cc: Jenny Roberts
    AUSA